UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BARBARA ROOP | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 1:12-CV-03422-NRB-KNF |
| | ) | |
| v. | ) | NOTICE OF ACCEPTANCE OF |
| | ) | DEFENDANT'S RULE 68 OFFER OF |
| ALLIED INTERSTATE, INC. | ) | JUDGMENT TO PLAINTIFF |
| | ) | |
| Defendant | ) | |
| | ) | |

PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment. Defendant's Rule 68 Offer of Judgment is attached hereto as Exhibit "A".

Date: 07/03/2012

Respectfully Submitted,

KIMMEL & SILVERMAN, P.C.

/s/ Craig Thor Kimmel
Craig Thor Kimmel
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com